UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW WHITTINGTON,

    Plaintiff,

-against-

COMMISSIONER JOSEPH PONTE, et al.,

    Defendants.

16-CV-1152 (AJN) (BCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's letters dated October 8 and 22, 2019 (Dkt. Nos. 175, 176), in which plaintiff, who is currently incarcerated at Attica Correctional Facility, states that he is in "grave danger" as a result of testimony he provided against "Rodney Calypso." Plaintiff's letters appear to arise out of a 2017 criminal case, in this District, against Rodiny Calypso, a former correctional officer who worked on Riker's Island. *See U.S. v. Calypso*, No. 1:17-cr-224-VEC-1 (S.D.N.Y.). The concerns plaintiff raises do not appear to relate to this civil action, which does not name former officer Calypso as a defendant.

Plaintiff's correspondence has been provided to the presiding District Judge in *U.S. v. Calypso*, as well as to the United States Attorney's Office for the Southern District of New York.

The Clerk of Court is directed to mail a copy of this order to plaintiff *pro se*.

Dated: New York, New York
November 15, 2019

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**