UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew Whittington,

                Plaintiff,

–v–

Commissioner Joseph Ponte, et al.,

                Defendants.

16-cv-1152 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 24, 2020, the Court received notice that its May 27, 2020 Opinion and Order, Dkt. No. 181, which was mailed to Mr. Whittington, was returned to sender. The Court mailed the Opinion and Order to the Attica Correctional Facility, which is the address listed for Mr. Whittington on the public docket, but believes that Mr. Whittington may have been released from this facility.

    Defendants are hereby ordered to attempt to serve Dkt. Nos. 181 and 182, along with this Order, on Mr. Whittington at his current address and either file proof of that service on the public docket or inform the Court that it was unable to effect service by July 10, 2020.

    SO ORDERED.

Dated: June 29, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge