USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew Whittington,

             Plaintiff,

–v–

Commissioner Joseph Ponte, et al.,

             Defendants.

16-cv-1152 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of *pro se* Plaintiff's letter requesting that the Court reopen his case. Dkt. No. 186. Defendants are hereby ordered to respond to Plaintiff's letter by October 13, 2020. Plaintiff's reply, if any, shall be filed by October 21, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff and to note that mailing in the public docket.

      SO ORDERED.

Dated: October 6, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge